Dated: March 15, 2007

KENNETH R. O'ROURKE (S.B. #120144) korourke@omm.com
STEVEN H. BERGMAN (S.B. #180542 ) sbergman @omm.com
KRISTINA M. HERSEY (S.B. # 230096) khersey@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:      (213) 430-6000
Facsimile:       (213) 430-6407

Attorneys for Defendant
Hynix Semiconductor America, Inc.

IT IS SO ORDERED
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC BEREZIN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE SEMICONDUCTOR CORP., et al.,<br><br>Defendant. | Case No.  3:07-cv-01037-MMC<br><br>**STIPULATION RE RESPONSE TO COMPLAINT** |

    WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about February 20, 2007;

    WHEREAS Plaintiff alleges price fixing by manufacturers of Static Random Access Memory ("SRAM");

    WHEREAS more than seventy complaints have been filed to date in federal district courts throughout the United States by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of SRAM (collectively, "the SRAM Cases");

    WHEREAS on February 9, 2007, the Judicial Panel on Multidistrict Litigation (MDL case number 1819) ordered the transfer of six of the SRAM Cases to Judge Claudia Wilken in the Northern District of California for coordinated or consolidated pretrial

1  proceedings pursuant to 27 U.S.C. § 1407;

2  WHEREAS the parties anticipate the possibility of Consolidated Amended
3  Complaints in the SRAM Cases;

4  WHEREAS the parties have agreed that an orderly schedule for any response to the
5  pleadings in the SRAM Cases would be more efficient for the parties and for the Court;

6  WHEREAS Plaintiff agrees that the deadline for Hynix Semiconductor America,
7  Inc. ("Hynix America") to respond to the Complaint shall be extended until the earlier of
8  the following two dates: (1) thirty days after the filing of a Consolidated Amended
9  Complaint in the SRAM Cases; or (2) thirty days after Plaintiff provides written notice to
10 Hynix America that it does not intend to file a Consolidated Amended Complaint,
11 provided that such notice may be given only at or after the initial case management
12 conference in the MDL transferee court in this case;

13 WHEREAS Plaintiff further agrees that this extension is available, without further
14 stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in
15 writing of their intention to join this extension;

16 WHEREAS Plaintiff and Defendant Hynix America (and any other named
17 Defendants who provide notice of their intention to join this extension pursuant to the
18 preceding paragraph) agree that each such defense counsel shall accept service on behalf
19 of the Defendant that provided notice of its intention to join this extension of all
20 complaints in the above-captioned matter, including any amended or consolidated
21 complaints, and further, that such Defendant shall not contest the sufficiency of process or
22 service of process.  This Stipulation does not constitute a waiver of any other defense,
23 including but not limited to, the defense of lack of personal or subject matter jurisdiction
24 or improper venue.

25 WHEREAS Plaintiff and Defendant agree that notwithstanding the above
26 paragraphs, should any Defendant to whom this extension applies respond to any
27 complaint in another SRAM case filed in another United States District Court prior to the
28 date contemplated by this Stipulation, except pursuant to Court Order, then such

1  defendant shall make a simultaneous response to the complaint in the above-captioned
2  matter.
3     PLAINTIFF AND DEFENDANT HYNIX AMERICA BY AND THROUGH
4  THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS
5  FOLLOWS:
6     1.   The deadline for Hynix America to respond to the Complaint shall be
7  extended until the earlier of the following two dates (1) thirty days after the filing of a
8  Consolidated Amended Complaint in the SRAM Cases; or (2) thirty days after Plaintiff
9  provides written notice that it does not intend to file a Consolidated Amended Complaint,
10 provided that such notice may be given only at or after the initial case management
11 conference in the MDL transferee court in this case.
12    2.   This extension is available, without further stipulation with counsel for
13 Plaintiff, to all named Defendants who notify Plaintiff in writing of their intension to join
14 this extension.
15    3.   Defendant Hynix America (and any other named Defendants who provide
16 notice of their intention to joint this extension pursuant to the preceding paragraph) agree
17 that each such defense counsel shall accept service on behalf of the Defendant that
18 provided notice of its intention to join this extension of all complaints in the above-
19 captioned matter, including any amended or consolidated complaints, and further, that
20 such defendant shall not contest the sufficiency of process or service of process.  This
21 Stipulation does not constitute a waiver of any other defense, including but not limited to,
22 the defense of lack of personal or subject matter jurisdiction or improper venue.
23 ///
24
25 ///
26
27 ///
28

4. Plaintiff and Defendant agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies, except pursuant to Court Order, respond to any complaint in another SRAM case filed in another United States District Court prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

Dated: March 14, 2007

KENNETH R. O'ROURKE
STEVEN H. BERGMAN
KRISTINA M. HERSEY
O'MELVENY & MYERS LLP

By: /s/ K. Hersey
Kristina M. Hersey
Attorneys for Defendant
Hynix Semiconductor America, Inc.

Dated: March ____, 2007

ANTHONY SHAPIRO
HAGENS BERMAN SOBOL SHAPIRO, LLP

By: _____
Anthony Shapiro
Attorneys for Plaintiff and the Proposed Class

LA2:826004.1

4. Plaintiff and Defendant agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies, except pursuant to Court Order, respond to any complaint in another SRAM case filed in another United States District Court prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

Dated: March ____, 2007

                               KENNETH R. O'ROURKE
                               STEVEN H. BERGMAN
                               KRISTINA M. HERSEY
                               O'MELVENY & MYERS LLP

                               By:_____
                                   Kristina M. Hersey
                               Attorneys for Defendant
                               Hynix Semiconductor America, Inc.

Dated: March 13th, 2007

                               ANTHONY SHAPIRO
                               HAGENS BERMAN SOBOL SHAPIRO, LLP

                               By:_____
                                   Anthony Shapiro
                               Attorneys for Plaintiff and the Proposed Class

LA2:826004.1